## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Eugene Dennis O'DONNELL, Respondent.

**No. 631 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 17, 2000.

## ORDER

PER CURIAM:

AND NOW, this 17th day of November, 2000, there having been filed with this Court by Eugene Dennis O'Donnell his verified Statement of Resignation dated September 27, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Eugene Dennis O'Donnell be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further

ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## In the Matter of David E. WASSERSTROM.

**No. 612 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 17, 2000.

## ORDER

PER CURIAM:

AND NOW, this 17th day of November, 2000, a Rule having been entered by this Court on September 14, 2000, pursuant to Rule 214(d)(1), Pa.R.D.E.; directing David E. Wasserstrom to show cause why he should not be placed on temporary suspension and, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; David E. Wasserstrom is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.